United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE:  Petramala, Barbara O )                    Case No.  11 B 06780
) Judge Pamela S. Hollis
Date  08/30/11

Debtor Attorney:

Bradley H Foreman, P.C.
120 S State St Ste 535
Chicago, IL  60603-5503

Barbara O. Petramala
7410 West North Avenue
Unit 603                                                              Mail
Elmwood Park, IL  60707

Mail

---

### *Notice of Payment of Final Mortgage Cure Amount*
### *NOTE: Please refer to the confirmed plan to see if this notice applies to you.*

1)   The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of GMAC
Mortgage Corporation; Account No: STR  COC; in the amount of $100.00 has been paid in full.

2)   The holder is required to treat the mortgage as reinstated and fully current unless the debtor has
failed to make timely payments of postpetition obligations.

3)   If the debtor has failed to make timely payments of any postpetition obligations, the holder is required to
itemize all outstanding payment obligations as of the date of the notice, and file a statement of these
obligations with the court, giving notice to the standing trustee, the debtor, and any attorney for the
debtor, within 60 days of service of the notice from the trustee (or longer time as the court may order).

4)   If the holder fails to file and serve a statement of outstanding obligations within the required time, the
holder is required to treat the mortgage as reinstated according to its original terms, fully current as of the
date of the trustee's notice.

5)   If the holder does serve a statement of outstanding obligations within the required time, the debtor may
(i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed
with the court, on notice to the holder and the standing trustee, with the court resolving the challenge as a
contested matter, or
(ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges
or the court determines to be due.

6)   To the extent that amounts set forth on a timely filed statement of outstanding obligations are not
determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of
the holder to collect these amounts will be unaffected.

7)   No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee                              Creditor Address:
Suite 800
224 South Michigan Avenue                                    GMAC Mortgage Corporation
Chicago, IL  60604-2500                                       Mail Code 507 345 110
(312) 431-1300                                                3451 Hammond Ave
Waterloo, IA  50702

Mail